BRENDA ANDREWS et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted April 30, 2012; decided June 26, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JEFFREY BAKER, Respondent, v POUGHKEEPSIE CITY SCHOOL DISTRICT et al., Appellants.

Submitted April 30, 2012; decided June 26, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 18 NY3d 714 (2012)].